IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Carol H.,[1]

       Plaintiff,                                 Civ. No. 6:17-cv-560-CL

       v.                                           ORDER

NANCY A. BERRYHILL, Acting
Commissioner of Social Security.

       Defendant.
_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#19) is adopted. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

       DATED this 4thth day of December, 2018.

                                                        _____/s/ Michael J. McShane_____
                                                                 Michael McShane
                                                           United States District Judge

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – ORDER